1 | GREGORY C. CHENG, State Bar No. 226865
gregory.cheng@ogletreedeakins.com
2 | LAUREN M. COOPER, State Bar No. 254580
lauren.cooper@ogletreedeakins.com
3 | OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
Steuart Tower, Suite 1300
4 | One Market Plaza
San Francisco, CA 94105
5 | Tel.: 415.442.4810
Fax: 415.442.4870

Attorneys for Defendant
HOME DEPOT U.S.A., INC.


ALAN F. COHEN, State Bar No. 194075
cohenlaw@mindspring.com
LAW OFFICES OF ALAN F. COHEN
101 Montgomery Street, Suite 2050
San Francisco, CA 94104
Tel.: 415.984.1943
Fax: 415.984.1953

Attorneys for Plaintiff
AARON LEWIS

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AARON LEWIS, | Case No. CV 12-06354 EMC |
| Plaintiff, | **JOINT STIPULATION AND [PROPOSED] ORDER TO MODIFY THE COURT'S CIVIL MINUTES** |
| vs. | |
| HOME DEPOT U.S.A., Inc., a Corporation; ELENA PEREZ, an individual, and DOES 1 - 20, | Action Filed: November 15, 2012<br>Trial Date: None Set |
| Defendants. | |

///
///
///
///
///

Case No. CV 12-06354 EMC
JOINT STIPULATION AND [PROPOSED] ORDER TO MODIFY THE COURT'S CIVIL MINUTES

IT IS HEREABY STIPULATED by and between Plaintiff Aaron Lewis ("Plaintiff") and Defendant Home Depot U.S.A., Inc. ("Defendant"), through their respective attorneys of record, that the following Stipulation be entered as an Order by the Court to give effect to the stipulations set forth below:

1. WHEREAS, pursuant to the Court's March 14, 2013 Civil Minutes, this matter was set for further case management on July 11, 2013.

2. WHEREAS, pursuant to the Court's March 14, 2013 Civil Minutes, the Parties were referred to the Court's Alternative Dispute Resolution program for mediation to be completed by July 1, 2013.

3. WHEREAS, the Parties were referred to mediation with Arthur R. Siegel on March 22, 2013.

4. WHEREAS, based upon lead defense counsel's paternity leave and Plaintiff's unavailability in early June 2013, the Parties are unable to complete the desired depositions prior to the mediation completion date.

5. WHEREAS, Plaintiff's deposition is scheduled to occur on June 28, 2013.

6. WHEREAS, the deposition of Elena Perez is scheduled to occur on July 11, 2013.

7. WHEREAS, the Parties seek to schedule mediation to occur after the completion of Plaintiff and Elena Perez's deposition.

NOW, THEREFORE, the Parties, through their respective counsel of record AGREE AND HEREBY STIPULATE that the Civil Minutes shall be modified only as follows:

(a) The Case Management Conference be continued to August 22, 2013, or a later date at the Court's convenience.

(b) The date to complete mediation be continued to August 15, 2013, or a later date at the Court's convenience.

///

///

///

///

| | | |
|---|---|---|
| 1 | DATED: April 23, 2013 | LAW OFFICES OF ALAN F. COHEN |
| 2 | | |
| 3 | | By:  /s/ *Alan F. Cohen* |
| 4 | | ALAN F. COHEN |
| 5 | | Attorneys for Plaintiff |
| 6 | | AARON LEWIS |
| 7 | DATED: April 23, 2013 | OGLETREE, DEAKINS, NASH, SMOAK & |
| 8 | | STEWART, P.C. |
| 9 | | |
| 10 | | By:  /s/ *Lauren M. Cooper* |
| | | GREGORY C. CHENG |
| 11 | | LAUREN M. COOPER |
| 12 | | Attorneys for Defendant |
| | | HOME DEPOT U.S.A., INC. |

### SIGNATURE ATTESTATION

Pursuant to Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from the other signatory.

DATED: April 23, 2013                    OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

By:  /s/ *Lauren M. Cooper*
LAUREN M. COOPER

Attorney for Defendant
HOME DEPOT U.S.A., INC.

### ORDER

(a)   The Case Management Conference is continued to  8/22/13 at 10:30 a.m.

(b)   The Parties are to complete mediation no later than  8/15/13.

**IT IS SO ORDERED.**

DATED: April 29, 2013

_____
HONORABLE EDWARD C. CHEN
United States District Judge

IT IS SO ORDERED
Judge Edward M. Chen

Case No. CV 12-06354 EMC
JOINT STIPULATION AND [PROPOSED] ORDER TO MODIFY THE COURT'S CIVIL MINUTES