UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AARON LEWIS,<br><br>        Plaintiff,<br><br>     v.<br><br>HOME DEPOT U.S.A., INC., *et al.*,<br><br>        Defendants.<br>_____/ | No. C-12-6354 EMC<br><br>**ORDER RE DEFENDANT'S LETTER OF JULY 29, 2013**<br><br>**(Docket No. 32)** |

    Currently pending before the Court is Defendant's request for relief regarding a discovery dispute. Although Defendant requested that Plaintiff participate in the submission of the discovery dispute to the Court, Plaintiff apparently declined. Having reviewed the letter submitted by Defendant, the Court hereby **GRANTS** its request for relief. Plaintiff is ordered to execute an authorization form permitting the release of information from the Social Security Administration and the Employment Development Department related to Plaintiff's claims for and receipt of disability benefits. Plaintiff must execute the form within a week of the date of this order.

    This order resolves Docket No. 32.

    IT IS SO ORDERED.

Dated: July 30, 2013

                                                          _____<br>
                                                          EDWARD M. CHEN<br>
                                                          United States District Judge

United States District Court
For the Northern District of California