**United States District Court**
For the Northern District of California

1
2
3
4
5                                  UNITED STATES DISTRICT COURT
6                                NORTHERN DISTRICT OF CALIFORNIA
7
8    AARON LEWIS,                                    No. C-12-6354 EMC
9              Plaintiff,
10         v.                                        **ORDER RE DEFENDANT'S LETTER
                                                     OF JULY 29, 2013**
11   HOME DEPOT U.S.A., INC., *et al.*,
                                                     **(Docket No. 32)**
12             Defendants.
13   _____/
14
15         Currently pending before the Court is Defendant's request for relief regarding a discovery
16   dispute.  Although Defendant requested that Plaintiff participate in the submission of the discovery
17   dispute to the Court, Plaintiff apparently declined.  Having reviewed the letter submitted by
18   Defendant, the Court hereby **GRANTS** its request for relief.  Plaintiff is ordered to execute an
19   authorization form permitting the release of information from the Social Security Administration and
20   the Employment Development Department related to Plaintiff's claims for and receipt of disability
21   benefits.  Plaintiff must execute the form within a week of the date of this order.
22         This order resolves Docket No. 32.
23
24         IT IS SO ORDERED.
25
26   Dated:  July 30, 2013
27                                                   _____
                                                     EDWARD M. CHEN
28                                                   United States District Judge