GREGORY C. CHENG, State Bar No. 226865
gregory.cheng@ogletreedeakins.com
BROOKE S. PURCELL, State Bar No. 260058
brooke.purcell@ogletreedeakins.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
Steuart Tower, Suite 1300
One Market Plaza
San Francisco, CA  94105
Telephone:     415.442.4810
Facsimile:      415.442.4870

Attorneys for Defendant
HOME DEPOT U.S.A., INC.


ALAN F. COHEN, State Bar No. 194075
cohenlaw@mindspring.com
THE LAW OFFICES OF ALAN F. COHEN
101 Montgomery St., Suite 2050
San Francisco, CA  94104
Telephone:     415.984.1943
Facsimile:      415.984.1953

Attorneys for Plaintiff
AARON A. LEWIS

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AARON LEWIS,<br><br>            Plaintiff,<br><br>      v.<br><br>HOME DEPOT U.S.A., INC., a corporation, ELENA PEREZ, an individual, and DOES 1-20<br><br>            Defendants. | Case No. CV 12-06354 EMC<br><br>**STIPULATION AND [PROPOSED] ORDER TO VOLUNTARILY DISMISS ACTION WITH PREJUDICE**<br><br>Action Filed:     November 15, 2012<br>Trial Date:        July 28, 2014 |

1  Plaintiff Aaron Lewis ("Plaintiff") and defendant Home Depot U.S.A., Inc. ("Defendant")
2  hereby stipulate through their counsel of record that the above-captioned action be voluntarily
3  dismissed with prejudice, without costs or fees awarded to either party, pursuant to the parties'
4  settlement agreement in this matter.

5  **IT IS SO STIPULATED, BY AND THROUGH COUNSEL OF RECORD.**

6  DATED: March 26, 2014                LAW OFFICES OF ALAN F. COHEN

9                                       By: /s/ Alan F. Cohen
                                             ALAN F. COHEN
                                             Attorneys for Plaintiff
10                                           AARON A. LEWIS

12  DATED: March 26, 2014               OGLETREE, DEAKINS, NASH, SMOAK &
                                        STEWART, P.C.
13

15                                      By: /s/ Gregory C. Cheng
                                             GREGORY C. CHENG
16                                           BROOKE S. PURCELL
                                             Attorneys for Defendant
17                                           HOME DEPOT U.S.A., INC.

20                                  **ORDER**

21  Based on the foregoing stipulation between the parties, it is hereby ordered that the above-
22  entitled matter be dismissed with prejudice, without costs or fees awarded to either party.
23  **IT IS SO ORDERED.**

25  DATED: ____3/28____, 2014          _____
                                        M. Chen
26                                      [IT IS SO ORDERED / Judge Edward M. Chen]
                                        District Court Judge

Case No. CV 12-06354 EMC
STIPULATION AND [PROPOSED] ORDER TO VOLUNTARILY DISMISS ACTION WITH PREJUDICE